IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| THERESA BARRON, | § | |
| Plaintiff, | § | |
| vs. | § | CIVIL ACTION |
| ROGER DOWD, | § | FILE NO. |
| Defendant, | § | |

COMPLAINT TO REVIVE DORMANT JUDGMENT

COMES NOW Plaintiff above and pursuant to O.C.G.A § 9-12-61 and files its Complaint To Revive Dormant Judgment, and shows this honorable Court the following:

1.

Defendant is a resident of Fulton County and is subject to the jurisdiction and venue of this Court. Defendant will be served at 3400 North Stratford Road, NE, Apartment 2405, Atlanta, GA 30326-1705.

1

2.

Plaintiff brings this action pursuant to Fed.R.Civ.P 69(a)(1) and O.C.G.A. § 9-12-61 and Federal Question arising under 42 U.S.C. § 1981, *et seq*.

3.

Jurisdiction is proper in this Court because the Judgment sought to be revived was entered in the United States District Court for the Northern District of Georgia on July 13, 2015 and this Court retains jurisdiction over its Judgments.   Jurisdiction would also be proper as the original action involved a Federal Question, ie. 42 U.S.C. § 1981, *et seq*.

4.

On or about July 13, 2015 Plaintiff obtained a Default Judgment against this Defendant in Civil Action File No. 1:13-CV-00058-CC.  A copy of the Default judgment is attached hereto as Exhibit "1".

5.

Pursuant to O.C.G.A. § 9-12-60(a)(2) said foreign judgment became dormant under Georgia law seven years from its rendition, being July 12, 2022.

6.

Pursuant to O.C.G.A. § 9-12-61, Plaintiff may bring an action to revive a dormant Judgment within three years of its dormancy.

7.

Plaintiff brings this action to revive dormant Judgment before the July 13, 2025 deadline to initiate these proceedings.

8.

The aforesaid judgment remains totally unsatisfied and since the execution issued thereon has no entry made upon it by any proper officer within seven (7) years as provided by law, and by failure to have such entry made, this judgment has lost its lien and become dormant.

9.

Plaintiff is entitled to the revival of this dormant judgment as provided in O.C.G.A. § 9-12-61.

10.

Plaintiff is in need of revival of the Judgment, as same became dormant between seven and ten years ago, which judgment has not been paid, and which judgment has not remained dormant over three years.

11.

The amount of the subject Judgment is $117,315.38, plus post judgment interest.

WHEREFORE, Plaintiff prays that the subject Judgment be revived in the amount of $117,315.38, plus accrued post-judgment interest, all costs of this action, and post-judgment interest at the legal rate, and for such other relief as the Court deems just and proper.

/S/Scott M. Stevens
Scott M. Stevens
Attorney for Plaintiff
Georgia Bar No. 680845

Howe Law Firm, P.C.
4385 Kimball Bridge Road
Ste 100
Alpharetta, GA   30022
678-566-6800
scott@iou.law